UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ASSURANCE COMPANY OF AMERICA,**

    **Plaintiff,**

v.                                    Case No.  8:07-cv-1232-T-30MSS

**ANDREWS FLORIST ON 4TH STREET
NORTH, INC., BLANCA MICHAELS,
ANDREW MICHAELS, JR., RICHARD
CECCHINI, ROBERT LEVESQUE,
DOLORES LEVESQUE,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Summary Final Judgment (Dkt. 30), the Stipulation for Entry of Summary Final Judgment (Dkt. 36), and Plaintiff's Motion for Entry of Final Default Judgment by Plaintiff, Assurance Company of America, Against Defendants Richard Cecchini, Robert M. Levesque and Dolores Levesque (Dkt. 37).

Upon consideration, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Summary Final Judgment (Dkt. 30) is **GRANTED**. Plaintiff has no duty to defend or indemnify Andrews Florist on 4th Street North, Inc., Blanca Michaels and/or Andrew Michaels, Jr., with respect to the underlying action, *Levesque v. Andrews Florist on 4th Street North, Inc., et. al.*, Pinellas County Circuit Court case number 04-005561-CI-8.

2. The Clerk is directed to enter **SUMMARY FINAL JUDGMENT** in favor of Plaintiff and against Andrews Florist on 4th Street North, Inc., Blanca Michaels and Andrew Michaels, Jr.

3. Plaintiff's Motion for Entry of Final Default Judgment against Defendants Richard Cecchini, Robert M. Levesque and Dolores Levesque (Dkt. 37) is **GRANTED**.

4. The Clerk is directed to enter **FINAL DEFAULT JUDGMENT** in favor of Plaintiff and against Richard Cecchini, Robert M. Levesque and Dolores Levesque.

5. Plaintiff's prior Motion for Entry of Final Default Judgment against Defendant Richard Cecchini (Dkt. 23) is **DENIED as moot**.

6. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1232.judgment.frm